DWB:dy
AO 91 (Rev. 11/11) Criminal Complaint                                                                                    2024R00158

## UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **FILED UNDER SEAL PURSUANT TO ORDER** |
| v. | |
| EDDIE LEE GRASTY | Case No. 24-MJ-299 DJF |

### CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. Between or about March 17-18, 2024, in Ramsey County, in the State and District of Minnesota, defendant Eddie Lee GRASTY, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock Model 43, 9mm pistol, bearing serial number AFAK619, all in violation of Title 18, United States Code, Section 922(g)(1).

I further state that I am an ATF Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

*Complainant's signature*

SUBSCRIBED and SWORN to me
by reliable electronic means (FaceTime and email)
pursuant to Fed. R. Crim. P. 41(d)(3).

Kylie Williamson, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives
*Printed name and title*

Date: April 29, 2024

*Judge's Signature*

City and State: MINNEAPOLIS, MN

The Honorable Dulce J. Foster
United States Magistrate Judge
*Printed Name and Title*