STATE OF MINNESOTA          )
                            )   ss.  AFFIDAVIT OF KYLIE WILLIAMSON
COUNTY OF RAMSEY            )

     1.     I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and am thus an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. I have been employed as a Special Agent by the ATF since August of 2007. Prior to that, I was employed by ATF for two years as an Industry Operations Investigator. I am currently assigned to the Saint Paul Field Office. In my capacity as a Special Agent with the ATF, I have participated in numerous criminal investigations of individuals and entities related to violations of Federal Laws, particularly those under Titles 18 and 21 of the United States Code. I have received on-going training related to criminal investigations, gang investigations, drug trafficking, money laundering, undercover operations, Title III wiretaps, as well as electronic and physical surveillance procedures. I work with various law enforcement agencies and drug task forces throughout the state of Minnesota and have supervised, led, and/or otherwise been a part of hundreds of arrests and search warrants during my years as a law enforcement officer. This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Eddie Lee GRASTY (hereinafter "GRASTY") for possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1) by possessing in and affecting interstate commerce a firearm and ammunition after having been convicted of at least one offense punishable by imprisonment for a term exceeding one year.

2.      This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and from the review of reports, written materials, and recordings. This affidavit does not include all the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

## PROBABLE CAUSE

3.      On March 17, 2024, at approximately 9:50 PM, Officers with the St. Paul Police Department (hereinafter "SPPD") were dispatched to 218 Kipling St. #201, in St. Paul, MN, on a report of a domestic assault. The victim, A.V., called 9-1-1 to report that GRASTY, who was her boyfriend and the father of her three-month old son, had assaulted her, and was armed with a black pistol. At the time of the call, A.V. was in the stairwell of the apartment complex with her three-month old son and did not know if GRASTY was still on scene.

4.      Responding officers located A.V. and, with her permission, checked A.V.'s apartment for GRASTY. Officers were unable to locate GRASTY on that date.

5.      On scene, A.V. provided Officers with additional details about the assault. A.V. indicated that the argument started when GRASTY became angry and accused A.V. of cheating on him. During the argument, GRASTY followed A.V. from room to room, around the apartment, punched A.V. in the head, and said he was going to kill her. GRASTY called his mother in A.V.'s presence and A.V. heard GRASTY say something similar to, "I will do my time," indicating GRASTY was not afraid to go to prison for his actions. At one point, A.V. left the apartment. When A.V. returned, the argument

2

continued and GRASTY again struck A.V. and pushed her into a wall. GRASTY then pulled out a black handgun and began waving it around and pointing it at A.V. A.V. was eventually able to leave the apartment with her three-month old son and walk to the stairwell where she called 9-1-1.

6.      Following the incident, Officers issued a Probable Cause Pick-Up and Hold for GRASTY. Officers learned that, in addition to the PC Pick-Up issued in this incident, GRASTY had a parole violation warrant issued by the Minnesota Department of Corrections on August 30, 2024 (#W463080441), as well as active warrants in Ramsey County for Domestic Assault in which A.V. was the victim.   Your Affiant reviewed the three Ramsey County Criminal Complaints related to the domestic cases (62CR236702-1, 62CR236703-1, and 62CR241739), and learned that, on August 27, 2023, and again on September 19, 2023, GRASTY was charged with assaulting A.V. by strangulation while she was pregnant with their child. On January 27, 2024, GRASTY assaulted A.V. by punching her multiple times which resulted in an approximately 1-inch cut to her face requiring four stitches.

7.      On March 18, 2024, SPPD Officers returned to A.V.'s address to follow up on the previous night's domestic assault call. Officers attempted to call A.V., but she did not answer her phone.  Officers knocked on the door to A.V.'s apartment and A.V. answered the door.  A.V. initially told Officers that GRASTY was not there but eventually admitted GRASTY was inside the apartment.   A.V. exited the apartment with her child and spoke to officers.  A.V. indicted that the firearm GRASTY used during the previous

3

night's incident was inside the apartment and was likely in the living room in some blankets where GRASTY had slept that night.

8.      Officers made contact with GRASTY, who was in the bedroom. GRASTY did not immediately comply with Officer's commands, but after several minutes, GRASTY came out and Officers took GRASTY into custody without incident.

9.      Officers held the apartment while they obtained a search warrant. During the execution of the search warrant, Officers located and recovered a Glock Model 43, 9mm pistol, bearing serial number AFAK619, from beneath the mattress in the bedroom. The firearm was loaded with a live round in the chamber and a magazine inserted in the magazine well.

10.     In addition to the pistol, Officers recovered four clear plastic baggies containing small, round, blue pills, stamped "M-30." Officers field-tested a single pill from two of the baggies and the pills tested positive for fentanyl. On March 27, 2024, Investigators submitted the pills to the Minnesota Bureau of Criminal Apprehension (BCA), and that analysis is pending.

11.     Investigators also submitted swabbings from the recovered pistol and baggies containing the suspected drugs to the BCA for DNA analysis. On April 16, 2024, Your Affiant received the BCA's Report on the Examination of Physical Evidence related to the DNA testing, which indicated the following:

- Swabbing from the textured grip of the firearm:
    - This DNA profile was interpreted as a mixture originating from four individuals.
    - The major male DNA profile matches Eddie Lee GRASTY.

4

- o The probability of observing this DNA profile is greater than 100 billion times more likely if a mixture from Eddie Lee GRASTY and three unknown, unrelated individuals is the source than if a mixture of four unknown, unrelated individuals is the source.

- Swabbing from edges of three plastic bags:
  - o This DNA profile was interpreted as a mixture originating from four individuals.
  - o Eddie Lee GRASTY is indicated to be a possible contributor to this DNA mixture.
  - o The probability of observing this DNA profile is greater than 100 billion times more likely if a mixture from Eddie Lee GRASTY and three unknown, unrelated individuals is the source than if a mixture of four unknown, unrelated individuals is the source.

12.    In addition, Your Affiant observed that the recovered Glock pistol, bearing Serial Number AFAK619, was test fired following its recovery and the Test Fired Cartridge Casings (TFCCs) were entered into ATF's National Integrated Ballistic Information Network (NIBIN). Your Affiant learned that the TFCCs were associated with Discharged Cartridge Casings (DCCs) recovered after a shots-fired incident in St. Paul, MN, on January 31, 2024. That investigation is ongoing, and the association has not yet been confirmed by a forensic scientist.

13.    On March 19, 2024, GRASTY was charged with 2nd Degree Assault, Felony Domestic Assault, Threats of Violence, 1st Degree Drugs, and Possession of a Firearm by an Ineligible Person Possession related to the events of March 17 and 18, 2024.

14.    Your Affiant consulted with an ATF Interstate Nexus Expert who advised that the Glock Model 43, 9mm pistol bearing serial number: AFAK619, was not manufactured in the state of Minnesota, and therefore, must have traveled in and affected interstate commerce to be in Minnesota on March 17 – 18, 2024.

5

15.    Your Affiant has researched certain available criminal history records for GRASTY. Based on my review of those records, I believe that GRASTY had at least the following convictions prior to March 17, 2024, which were either punishable by a term of imprisonment exceeding one year or qualified as a crime of domestic violence:

| OFFENSE | DATE OF CONVICTION (On or About) | PLACE OF CONVICTION | SENTENCE |
|---|---|---|---|
| Felony Theft of Moveable Property & Misdemeanor Domestic Assault | 2/5/2018 | Ramsey County 62CR178235 | 1 Year, 1 Day & 80 Days |
| Felony 5th Degree Assault & Felony Threats of Violence | 6/21/2021 | Ramsey County 62CR204990 | 18 Months & 21 Months |
| Violation of No-Contact Order | 7/12/2022 | Ramsey County 62CR221122 | 21 Months |

16.    I note that these records indicated that GRASTY knew that the felonies he pled guilty to and was ultimately convicted of were punishable by a term of imprisonment exceeding one year.

17.    Based on the information set forth above, there is probable cause to believe that Eddie Lee GRASTY violated Title 18, United States Code Section 922(g)(1) by possessing in and affecting interstate commerce a firearm after having been convicted of at least one offense punishable by imprisonment for a term exceeding one year.

Further your Affiant sayeth not.

Kylie Williamson
Special Agent, ATF

SUBSCRIBED and SWORN to me
by reliable electronic means via FaceTime and
email pursuant to Fed. R. Crim. P. 41(d)(3)
on: April 29, 2024

THE HONORABLE DULCE J. FOSTER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA

7