# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
                    Plaintiff,

v.
                                         **Criminal No. 24-MJ-299**

EDDIE LEE GRASTY,
                    Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (x) Ad Prosequendum     ( ) Ad Testificandum

Name of Detainee:  Eddie Lee Grasty
Detained at (custodian):  Ramsey County Jail

The government is requesting the ATF to transport detainee.

Detainee is:   a.)   (x) charged in this district by: Complaint
                       Charging Detainee With: Felon in Possession of Firearm, 18 U.S.C. § 922(g)
  or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of this proceeding
  or   b.)   (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on April 30, 2024, in the courtroom of The Honorable Dulce J. Foster

Dated: April 29, 2024                                               */s/ Daniel W. Bobier*
                                                                     Daniel W. Bobier, AUSA

## WRIT OF HABEAS CORPUS

    (x) Ad Prosequendum             ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

April 30, 2024                                                   *s/Dulce J. Foster*
Date                                                                THE HONORABLE DULCE J. FOSTER
                                                                       UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | | |
|---|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | M | |
| Booking or Fed. Reg.#: | | DOB: | XX/XX/1996 | |
| Facility Address: | 425 Grove St. | Race: | | |
| | St. Paul, MN  55102 | FBI #: | 24-10770 | |
| Facility Phone: | 651-266-9350 | | | |
| Currently Incarcerated For: | | | | |

### RETURN OF SERVICE

Executed on _____ by _____ _____
                                                                                                                                 (Signature)